| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| MARGUERITE DESELMS<br>984 W. 3rd St.<br>San Pedro, CA 90731<br>310-427-1008<br>ATTORNEYS FOR: PRO PER Plaintiff | 2012 OCT 12 PM 2:20<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: ___ |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARGUERITE DESELMS<br>Plaintiff(s),<br>v.<br>CAPITAL MANAGEMENT SERVICES, L.P.<br>Defendant(s) | CASE NUMBER:<br>CV12-8765 JAK (FFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __PLAINTIFF MARGUERITE DESELMS__ (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

MARGUERITE DESELMS,    PLAINTIFF

CAPITAL MANAGEMENT SERVICES, L.P., DEFENDANT

October 12, 2012        /s/ M. Deselms
Date                    Sign

MARGUERITE DESELMS
Attorney of record for or party appearing in pro per