POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MARGUERITE DESELMS<br>984 W. 3rd St, San Pedro, CA 90731<br>TELEPHONE NO.: 310-427-1008  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): mdeselms@wt.net<br>ATTORNEY FOR (Name): IN PRO PER | FILED<br>CLERK, U.S. DISTRICT COURT<br>NOV - 6 2012<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS: Los Angeles, CA 90012
CITY AND ZIP CODE:
BRANCH NAME: Central District - Western Division

PLAINTIFF/PETITIONER: MARGUERITE DESELMS

DEFENDANT/RESPONDENT: CAPITAL MANAGEMENT SERVICES LP

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: CV12-8765 JAK (FFM)

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      CAPITAL MANAGEMENT SERVICES L.P.
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      CORPORATION SERVICE CO., Registered Agent

4. Address where the party was served: 2711 Centerville Rd, Suite 400, Wilmington, DE 19808

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*           (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*         at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: MARGUERITE DESELMS | CASE NUMBER: CV12-8765 JAK(FFMx) |
| DEFENDANT/RESPONDENT: CAPITAL MANAGEMENT SERVICES L.P. | |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date): October 15, 2012   (2) from (city): San Pedro, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) [✓] to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)        [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [✓] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)       [ ] 415.46 (occupant)
                                       [ ] other:

7. **Person who served papers**
   a. Name: SUE CADENASSO
   b. Address: 108 CORAL ROSE, IRVINE, CA 92603
   c. Telephone number: 925-954-5753
   d. **The fee** for service was: $20.00
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10-15-12

SUE CADENASSO                                          ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sue Cadenasso
108 Coral Rose
IRVINE, CA 92603

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Co
2711 Centerville Rd
Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7011 1570 0000 6459 9638

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540