1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MARGERITE DESELMS, | Case No. 12-cv-8765 JAK (FFMx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | **JS-6** |
| CAPITAL MANAGEMENT SERVICES, LP, | Honorable John A. Kronstadt |
| Defendant. | |

YU | MOHANDESI LLP
1055 W. 7th St., Suite 2150
Los Angeles, CA 90017

Pursuant to the Stipulation of the Parties, and good cause appearing, this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

DATED: March 13, 2013

_____
The Honorable John A. Kronstadt
United States District Judge